# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Form 11                                                                 General

**Plaintiff(s):** Andrew Hill
65 Massachusetts
Washington, D.C. 20001
Phone No.: 469-968-2883

vs.

**Defendant(s):**
(1) Administrative Conference
(2) 1120 20th St. N.W.
(3) Washington, D.C. 20036
(202) 480-2080

No. SC 2018 SC 007462

## STATEMENT OF CLAIM

Let use of identity & sports, Human trafficking, Daltan School, Homelessness, and Judicial 36, UN Christian Approach to America, with useids torture cold, UN Kindly Approach to Have Conference, Useing Identity to Sell Product's and not Assisting with regular Needs.

DISTRICT OF COLUMBIA, ss: Andrew Hill X _____ being first duly sworn on oath says, the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): Andrew Hill
Title: Andrew Hill
Address: 65 Massachusetts, Washington D.C. 20001
Phone No.: 469-968-2883

Subscribed and sworn to before me this **10** day of **September**, 20 **18**
Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name): _____
Address: _____   Zip Code: _____
Bar No.: _____   Phone No.: _____

## NOTICE (All parties must notify the court of any address changes.)

To:
(1) Administrative Conference
Address: 1120 20th St. N.W. Washington D.C.
Zip Code: 20036
(202) 480-2080
☐ Home  ☐ Business

(2) Administrative Conference
Address: 1120 20th St. N.W. D.C.
Zip Code: 20036
(202) 480-2080
☐ Home  ☐ Business

You are hereby notified that **Andrew Hill** has made a claim and is requesting judgment against you in the sum of **Ten Thousand** dollars ($ **10,000** ), as shown by the foregoing statement. The court will hold a hearing upon this claim on **10/01/18** at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

*Deputy Clerk*
*Small Claims and Conciliation Branch*

CV-471/AUG 2017

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and may settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services at (202) 269-5100 or The DC Law Students in Court Program at (202) 638-4798 or Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161 or if you need further help come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the D.C. Bar Website at: www.lawhelp.org/dc. Act Promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, EDIFICIO B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Andrew Hill / 65 Massachusetts / Washington, D.C. 20001
469-968-2883
Plaintiff

Case No: 2018 SC 37462

vs

Administrative Conference / 1120 20th St. NW / Washington, D.C. 20036 / (202) 480-2080
Defendant

Date: 09/10/2018

Name: (please print) Andrew Hill

Firm Name, if applicable: _____

Telephone No: 469-968-2883

6 Digit Unified Bar No.: _____

Relationship to Lawsuit
☐ Attorney for Plaintiff
☑ Self (Pro Se)
☐ Other:

Do you need an interpreter for your case? ☐ Yes  ☑ No  If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1 -$500  ☐ $500.01 - $2,500  ☑ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____   Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

A. CONTRACTS – a claim based on an agreement between parties made either orally or in writing
- ☐ Debt Suit    ☐ Breach of Warranty    ☐ Negotiable Instrument
- ☐ Personal Property    ☐ Loan    ☐ Rent Due
- ☐ Unpaid Wages    ☐ Services Rendered    ☐ Security Deposit
- ☐ Breach of Contract    ☐ Home Improvement Contract    ☐ Oral

B. PROPERTY TORTS – a claim for an injury or wrong committed on the property of another
- ☐ Automobile    ☐ Conversion    ☐ Shop Lifting
- ☐ Property Damage    ☐ Destruction of Property    ☐ Trespass

C. PERSONAL TORT – a claim for an injury or wrong committed on the person of another
- ☐ Assault and Battery    ☐ False Witness    ☐ Libel and Slander
- ☐ Automobile    ☐ Personal Injury    ☐ Negligence
- ☑ Harassment    ☐ Fraudulent Misrepresentation    ☐ Slip and Fall

D. ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

G. ☐ SUBROGATION – a claim filed by one person in the place of another

E. ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

H. ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

F. ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes  ☐ No

CV-3046/Rev. Feb. 08